UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　　　Defendant. | Case No.: C 09-80015 JW (PVT)<br><br>**ORDER DENYING REQUEST FOR CIVIL SUBPOENA WITHOUT PREJUDICE TO PLAINTIFFS FILING A RENEWED REQUEST ALONG WITH A PROPER SUBPOENA** |

　　　　On February 9, 2009, Plaintiffs filed a Request to Issue Civil Subpoena Pursuant to 17 U.S.C. § 512(h). Based on the request and declaration submitted,

　　　　IT IS HEREBY ORDERED that Plaintiffs' request is DENIED without prejudice to Plaintiffs submitting a renewed request along with a proper subpoena. The proposed subpoena submitted by Plaintiffs improperly calls for a company in this district to produce documents in a different district. The proposed subpoena is also signed by Plaintiffs' counsel. Section 512(h) provides that, if a request is properly supported and the subpoena is in proper form, the "the *clerk* shall expeditiously issue and sign the proposed subpoena." *See* 17 U.S.C. § 512(h)(4) (emphasis added).

　　　　IT IS FURTHER ORDERED that this order is without prejudice to Plaintiffs filing a renewed request along with a subpoena in proper form.

Dated: *2/12/09*

　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*