UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Case No.: C 09-80015 JW (PVT) <br><br> **ORDER GRANTING REQUEST FOR CIVIL SUBPOENA** |

On February 13, 2009, Plaintiffs filed a Request to Issue Civil Subpoena Pursuant to 17 U.S.C. § 512(h). Based on the request and declaration submitted,

IT IS HEREBY ORDERED that Plaintiffs' request is GRANTED. The clerk of the court shall sign and issue the subpoena attached as Exhibit 1 to the Declaration of Dennis L. Wilson in Support of Request to Issue Civil Subpoena Pursuant to 17 U.S.C. § 512(h). The clerk shall then scan and electronically file the subpoena.[1] A copy of the subpoena printed out from the court's ECF system, or from Pacer, with headers showing the filing date and docket number, shall be deemed an original of the subpoena which may be served on YouTube, Inc. A copy of this order shall be served on YouTube, Inc. along with the subpoena.

Dated: *2/18/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] Section 512(h) provides that, if a request is properly supported and the subpoena is in proper form, the "the *clerk* shall expeditiously issue and sign the proposed subpoena." *See* 17 U.S.C. § 512(h)(4) (emphasis added).

ORDER, *page 1*