IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN DOE, <br><br> Defendant(s). | CASE NO. C 09-80015 JW (PVT) <br><br> **AMENDED ORDER GRANTING REQUEST FOR CIVIL SUBPOENA** |

On February 13, 2009, Plaintiffs filed a Request to Issue Civil Subpoena pursuant to 17 U.S.C. § 512 (h). Based on the request and declaration submitted,

IT IS HEREBY ORDERED that Plaintiffs' request is GRANTED. The clerk of the court shall sign and issue the subpoena attached as Exhibit 1 to the Declaration of Dennis L. Wilson in Support of Request to Issue Civil Subpoena pursuant to 17 U.S.C. § 512(h).

Dated: 2/20/2009

PATRICIA V. TRUMBULL
United States Magistrate Judge